UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cequent Performance Products, Inc.,

                    Plaintiff(s),          Case No.  4:13-cv-15293

v.
                                           Judge   Mark A. Goldsmith

Hopkins Manufacturing Corporation and      Magistrate Judge   Paul J. Komives
The Coast Distribution System, Inc.

                    Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following        Patents or        Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,068,352 | 5/30/00 | Cequent Performance Products, Inc. |
| 2 | 6,012,780 | 1/11/00 | Cequent Performance Products, Inc. |
| 3 | 6,445,993 | 9/3/02 | Cequent Performance Products, Inc. |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date:  December 31, 2013

s/ David B. Cupar
Signature
Ohio Bar No. 0071622
Bar No.
McDonald Hopkins LLC, 600 Superior Ave., East, Ste. 2100
Street Address
Cleveland, Ohio 44114
City, State, Zip Code
216.348.5400
Telephone Number
dcupar@mcdonaldhopkins.com
Primary Email Address