AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 4:13-cv-15293-MAG-PJK
Hon. Mark A. Goldsmith

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Hopkins Manufacturing Corporation

Date of Service: 1-23-2014

### Method of Service

**X** Personally served at this address: AUDRA ADKINS OFFICE HADMINISTRATOR
2900 S.W. WANAMAKER DRIVE STE 204
TOPEKA, KS 66614

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: KYLE EVANS

Signature of Server:

Date: 1-28-14

Server's Address: 115 E. PARK ST.
SUITE D
OLATHE, KS 66061