# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CEQUENT PERFORMANCE
PRODUCTS, INC.,

      Plaintiff,

v.

HOPKINS MANUFACTURING
CORPORATION, et al.,

      Defendants.

Case No. 4:13-cv-15293
Hon. Mark A. Goldsmith
Magistrate Judge Paul J. Komives

## STIPULATED ORDER GRANTING INITIAL ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

This comes before the Court upon the stipulation of the parties, the parties hereby stipulate and agree to the terms of this order, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Defendants shall have until March 13, 2014 to respond to the Complaint, and that Defendants shall not contest venue, personal jurisdiction or service of the Complaint.

Dated:  February 12, 2014  
      Flint, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 12, 2014.

                                               s/Deborah J. Goltz
                                               DEBORAH J. GOLTZ
                                               Case Manager

Stipulated and Agreed:

| McDONALD HOPKINS PLC | BROOKS WILKINS SHARKEY & TURCO, PLLC |
|---|---|
| By: s/ Timothy J. Lowe (w/ consent) | By: s/ Steven M. Ribiat |
|     Timothy J. Lowe (P68669) |     Steven M. Ribiat (P45161) |
| 39533 Woodward Avenue, Suite 318 | 401 S. Old Woodward, Suite 400 |
| Bloomfield Hills, MI 48304 | Birmingham, MI 48009 |
| (248) 220-1359 | (248) 971-1800 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| tlowe@mcdonaldhopkins.com | ribiat@bwst-law.com |