UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cequent Performance Products, Inc.,

        Plaintiff,

v.

Hopkins Manufacturing Corporation,
et al.,

        Defendants.
_____/

Case No. 13-cv-15293

Hon. Matthew F. Leitman

Magistrate Jude Paul J. Komives

## JOINT MOTION AND STIPULATED ORDER TO STAY LAWSUIT PENDING MEDIATION

Plaintiff Cequent Performance Products, Inc. ("Cequent") and Defendants Hopkins Manufacturing Corporation ("Hopkins") and The Coast Distribution System, Inc. jointly move the Court to stay all deadlines in this matter pending a global mediation involving this matter and a parallel litigation currently pending in the District of Kansas captioned *Hopkins Manufacturing Corporation v. Cequent Performance Products, Inc.*, Civil No. 2:14-cv-02208-JAR-JPO.

Cequent and Hopkins have agreed to conduct mediation with a third-party neutral to occur in Michigan between December 3 and December 15, 2014.  If successful, that mediation will completely resolve both this litigation and the parallel litigation pending in the District of Kansas. Given the potential resolution

of two federal litigations, the parties would like to focus their efforts on exchanging information necessary to ensure meaningful mediation and preparations therefore. Thus, Cequent and Hopkins believe good cause exists for the Court to stay deadlines in this matter and, consequently, jointly move this Court for a stay of all currently pending deadlines in this matter.

After considering the Parties' joint motion**, IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. By no later than December 16, 2014, the parties shall file a status report with this Court informing the Court of the results of mediation. If mediation is unsuccessful the parties will request a conference with the Court or the Court's Special Master to discuss re-establishing a schedule for this matter.

IT IS SO ORDERED.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2014

STIPULATED TO BY:

/s/David B. Cupar\
David B. Cupar\
Matthew J. Cavanagh\
Timothy J. Lowe\
McDonald Hopkins LLC\
39533 Woodward Ave., Ste. 318\
Bloomfield Hills, MI 48304\
t 248.220.1352 │ f 248.646.5075\
dcupar@mcdonaldhopkins.com\
mcavanagh@mcdonaldhopkins.com\
tlowe@mcdonaldhopkins.com

*Counsel for Cequent Performance Products, Inc.*

/s/Scott R. Brown\
Scott R. Brown\
Matthew B. Walters\
HOVEY WILLIAMS LLP\
10801 Mastin Blvd., Ste 1000\
Overland Park, KS  66210\
Telephone:  (913) 647-9050\
Fax:  (913) 647-9057\
sbrown@hoveywilliams.com\
mwalters@hoveywilliams.com

and

Steven M. Ribiat (45161)\
BROOKS WILKINS SHARKEY & TURCO, PLLC\
401 S. Old Woodward, Suite 400\
Birmingham, MI 48009\
Telephone: (248) 971-1800\
Fax: (248) 971-1801\
ribiat@bwst-law.com\
*Counsel for Hopkins Manufacturing Corporation and The Coast Distribution System, Inc.*