UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CEQUENT PERFORMANCE
PRODUCTS, INC.,

        Plaintiff(s),

v

HOPKINS MANUFACTURING
CORPORATION, ET AL.,

        Defendant(s)
                                  /

Civil Case No. 13-15293

Hon. Matthew F. Leitman

## NOTICE OF SETTLEMENT CONFERENCE

You are hereby notified to appear before the **Honorable Bernard A. Friedman**, **United States District Judge**, for the above proceeding on:

**WEDNESDAY, DECEMBER 3, 2014 AT 9:00 A.M.**
Theodore Levin United States Courthouse
Room 100
231 West Lafayette
Detroit, Michigan 48226

**SETTLEMENT CONFERENCE WITH CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY are required to attend this conference.** Failure to appear as directed, or failure to follow all terms of this notice, will result in a default judgment or dismissal. Each party is to please submit a "confidential" three-page summary of the case to Judge Friedman three days prior to the conference (via fax no. 313-234-5356 or mail/hand delivery). This summary should **not be filed** on the docket.

If you have any questions concerning this conference, contact Carol L. Mullins, Case Manager to the Honorable Bernard Friedman at 313-234-5172.

Should counsel resolve this case prior to the hearing, the Court will expect the parties to inform the Court prior to the date and time set for conference.

                                                                <u>Carol L. Mullins</u>
                                                                Case Manager for the
                                                                Honorable Bernard A. Friedman
                                                                313-234-5172

Dated: October 6, 2014