UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEQUENT PERFORMANCE
PRODUCTS, INC.,

      Plaintiff,

v.

HOPKINS MANUFACTURING
CORPORATION ET AL.,

      Defendants.

Case No. 13-cv-15293
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION TO SEAL

The motion (ECF # 69) by Cequent Performance Products, Inc. to file under seal Cequent's Motion to Compel and *In Camera Review* and exhibits 1-20 is **GRANTED**.

Sealing of those documents is required because they contain information that has been designated by defendant Hopkins Manufacturing Corporation as "Confidential" and "Attorneys' Eyes Only" under the Stipulated Protective Order (ECF # 22).

{6627442:}

Cequent may file those documents under seal and the Clerk shall accept them for filing under seal.

**IT IS SO ORDERED**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113

{6627442:}  2