UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CEQUENT PERFORMANCE PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOPKINS MANUFACTURING CORPORATION,<br><br>Defendant. | Case No. 13-cv-15293<br>Hon. Matthew F. Leitman<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO AMEND EXPERT DISCOVERY DEADLINES

Defendant, Hopkins Manufacturing Corporation, and Plaintiff, Cequent Performance Products, Inc., (collectively the "Parties") Joint Motion to Amend Expert Discovery Deadlines is **GRANTED**. Wherefore, the deadline to complete expert discovery, including expert depositions is extended to August 11, 2017.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 19, 2017